# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RIOS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:26-cv-02113-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF Nos. 2, 4) |

Plaintiff filed a complaint on March 17, 2026, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) From that application, the Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application. (ECF No. 3.) Plaintiff has timely complied (ECF No. 4), and the Court is able to conduct its analysis.

The Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Therefore, the Court shall order that the complaint in this action be served, pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service on the Defendant shall proceed under the Court's e-service program.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 4) is GRANTED;

2. The Clerk of the Court is DIRECTED to issue a summons and new case documents; and

3. The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2